UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO ~~SAN JOSE~~ DIVISION

MAHMOOD KISWANI, *et al.*,

    Plaintiffs,

    v.

JOHN KERRY, Secretary,
U.S. Department of State, *et al.*,

    Defendants.

No. 3:14-cv-4252-MMC

[~~PROPOSED~~] ORDER STAYING CASE PENDING A DECISION BY THE SUPREME COURT IN *DIN v. KERRY*

The Court finds that good cause exists to grant Defendants' unopposed motion to stay this case pending a decision by the Supreme Court in *Din v. Kerry*, 718 F.3d 856 (9th Cir. 2013), *cert. granted* __ S. Ct. __, 2014 WL 2195948 (Oct. 2, 2014) (No. 13-1402). Accordingly, the Court hereby ORDERS that this case is STAYED until such time as the Supreme Court issues a decision in *Din*. Defendants shall notify the Court of the outcome in *Din* within ten days after the Supreme Court issues its decision, and Defendants shall answer or otherwise respond to the Amended Complaint no more than 30 days after the Supreme Court issues its decision.

    SO ORDERED.

Date: March 3, 2015

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
SENIOR U.S. DISTRICT JUDGE

1