BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
DURWOOD "DERRY" H. RIEDEL
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 616-3074
Fax:  (202) 305-7000
Email:  durwood.h.riedel@usdoj.gov
*Counsel for Defendants*

Julie A. Goldberg, Esq.
Goldberg & Associates
314 West 231st Street, Suite 447
Bronx, NY 10463
Tel:  (718) 432-1022
Fax:  (718) 432-1044
Email:  julie@goldbergimmigration.com
*Counsel for Plaintiffs*

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHMOOD KISWANI and JAMAL MAH'D HUSSEIN ALKSSWANI, <br><br> Plaintiffs, <br><br> v. <br><br> John KERRY, Secretary, U.S. Department of State; MICHAEL ALAN RATNEY, Consul General, U.S. Consulate, Jerusalem; JAMES FELLOWS, Consular Section Chief; U.S. DEPARTMENT OF STATE, <br><br> Defendants. | No. 3:14-cv-4252 MMC <br><br> THIRD JOINT STIPULATION TO EXTEND TIME <br><br> AND ORDER THEREON |

On January 9, 2015, Plaintiffs filed their amended complaint for writ of mandamus seeking to compel Defendants to adjudicate Plaintiffs' immigrant visa application.[1] On March 3, 2015, the Court stayed the case and ordered Defendants to "answer or otherwise respond to the Amended Complaint no more than 30 days after the Supreme Court issues its decision" in *Kerry v. Din*, — U.S. —, 2015 WL 2473334 (June 15, 2015). On June 15, 2015, the Supreme Court issued its decision. *Id.* Defendants' deadline to answer or respond to the amended complaint is July 15, 2015.

The Parties are currently in discussions regarding the possibility of resolving this matter outside of litigation but require additional time to do so. Since the Supreme Court issued its decision in *Din*, Plaintiffs' counsel has been abroad and will not return to the United States until July 12, 2015. Defendants' counsel will be on a previously scheduled family vacation for the period of July 3 – 19, 2015.

Consequently, the Parties hereby stipulate to the following in good faith, which would not prejudice Plaintiffs:

1. Defendants will answer or respond to the amended complaint by August 3, 2015.

PURSUANT TO the Parties' joint stipulation to extend time, and good cause having been shown, IT IS SO ORDERED: Defendants shall have up to and including August 3, 2015, to answer or otherwise respond to Plaintiffs' amended complaint.

Date: June 29, 2015

Maxine M. Chesney
Senior U.S. District Judge

---

[1] Defendants contend that on October 19, 2011, a consular officer adjudicated and refused Plaintiff Alksswani's visa application under 8 U.S.C. § 1201(g). On December 16, 2014, a consular officer adjudicated and refused Plaintiffs' visa application under 8 U.S.C. § 1182(a)(3)(B).

| | |
|---|---|
| Date:  June 29, 2015 | Respectfully Submitted, |
| /s/ *Julie A. Goldberg* (by email consent)<br>JULIE A. GOLDBERG, ESQ.<br>Goldberg & Associates<br>314 West 231st Street, Suite 447<br>Bronx, NY 10463<br>Tel:  (718) 432-1022<br>Fax:  (718) 432-1044<br>Email:  julie@goldbergimmigration.com<br>*Counsel for Plaintiffs* | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>/s/ *D. H. Riedel*<br>DURWOOD "DERRY" H. RIEDEL<br>Trial Attorney<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-3074<br>Facsimile: (202) 305-7000<br>durwood.h.riedel@usdoj.gov<br>*Counsel for Defendants* |

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2015, I filed a copy of the foregoing joint stipulation with the clerk of court via CM/ECF, which sent an electronic notice to the attorneys of record for each party.

/s/ *D. H. Riedel*
DURWOOD H. RIEDEL
Trial Attorney